IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>ONE 2017 CAN-AM MAVERICK X3 DS TURBO, PLATE NUMBER ITE-268, VIN: 3JBVDAW49HK000550.<br><br>**Defendant.** | CIVIL NO. 18- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Maritza González-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

1. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Sections 841(a)(1) and 881(a)(4).

DEFENDANT IN REM

2. The defendant property seized by an officer of the Drug Enforcement Administration ("DEA"), consists of One 2017 Can-Am Maverick X3 DS Turbo, plate number ITE-268; VIN: 3JBVDAW49HK000550.

1

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841(a)(1) and 881(a)(4).

4. This Court has in rem jurisdiction over the defendant property pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant property is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant property is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code</u>, Sections 841(a)(1)(Unlawful acts and 881(a)(4) particularly all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9) of this subchapter).

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the DEA, Special Agent, José Rebollo attached hereto, and incorporated herein as if fully stated.

CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 26th day of September, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/Héctor E. Ramírez-Carbó
Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief, Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

s/M González
Maritza González-Rivera
Assistant United States Attorney
USDC-PR No. 208801
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
maritza.gonzalez@usdoj.gov

VERIFIED DECLARATION

I, Maritza González-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Drug Enforcement Administration ("DEA"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 27th day of September, 2018.

_____
Maritza González-Rivera
Assistant U.S. Attorney


VERIFIED DECLARATION

I, José Rebollo, Special Agent, DEA declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 27 day of September, 2018.

_____
José Rebollo, Special Agent
Drug Enforcement Administration ("DEA")

4

## UNSWORN DECLARATION
## IN SUPPORT OF FORFEITURE COMPLAINT

### INTRODUCTION

Pursuant to Title 28, United States Code, Section 1746, I, Jose Rebollo, Special Agent, of the United States Department of Justice, Drug Enforcement Administration (DEA), declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7). I am, therefore, an officer who is empowered to conduct criminal investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section, 2516.

I have been a Special Agent with the DEA for since April 2015. As a Special Agent, I have been sworn to enforce the laws of Title 21, United States Code, and related offenses under Title 18, United States Code. I have received sixteen weeks of training at the DEA Academy at Quantico, VA. I am currently assigned to the Caribbean Division, San Juan, Puerto Rico (Enforcement Group I).

During my law enforcement career, I have received detailed instruction in and conducted various complex investigations concerning conspiracy to import and distribute controlled substances; the laundering and concealment of drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

## PROPERTY TO BE FORFEITED

One 2017 Can-Am Maverick X3 DS Turbo, plate number ITE-268;

VIN: 3JBVDAW49HK000550

## BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION

I make this unsworn declaration, on information and belief derived from the following source,

   A. Oral and/or written reports and documents about this and other federal agents or officers of Puerto Rico Police Department (PRPD);

   B. and for the limited purpose of supporting the forfeiture of property under the U.S. forfeiture laws and therefore have not included every detail of the investigation in this case.

## NARRATIVE OF THE EVENTS

1. On February 13, 2018, Puerto Rico Police Department (PRPD) agent Dennis Burgos #27561, and DEA/E-1 group agents executed several state search warrants of residences and stash houses located in the Figueroa Ward in Santurce Puerto Rico. During the operation, PRPD and DEA agents executed a search warrant in the residence located in "A" street at Figueroa's ward that was identified as a residence property of SANCHEZ-Gonzalez, Tomas Junior. Tomas Junior been indicted by a Federal Grand Jury as the Head of Drug Trafficking Organization (DTO) Figueroa's ward DTO. At the moment of the entrance in the referred residence, the agents approached a young male later identified as MALAVE-Lopez, Yadiel AKA Joker who stated to the agents that he lived there. PRPD

agents told MALAVE-Lopez about the search warrant and the agents began the search of the residence.

2. During the search, PRPD and DEA agents observed a black Maverick Can Am, model X3/XDS 2017 Turbo all-terrain vehicle bearing plate # ITE-268 and a grey Kawasaki 2017, bearing plate # 254106M parked in the residence car garage. DEA TFO Juan Ruiz asked MALAVE-Lopez if he knew the owner of the vehicles. MALAVE-Lopez told the agent that the vehicles belonged to AKA Tomas (refer to SANCHEZ-Gonzalez, Tomas Junior). PRPD agent Cruz Cervera #28459 with K-9 "Sandra" 33839 a detector dog trained to alert to firearms, verified the vehicles and both alerted positive. TFO Juan Ruiz observed in the Can Am vehicle, in plain view at the passenger seat, (2) baggies containing marijuana.

3. Moments later, the vehicles were transported to DEA Caribbean Division Office for safekeeping until completion of seizure process.

4. Inside the 2017 Can-Am Maverick X3 DS Turbo, plate number ITE-268, DEA TFO Agent Juan Ruiz observed and seized several tickets for offense to traffic local law to SANCHEZ-Gonzalez, Tomas Junior # 38688262, 38688263, 38688264, 38688265, and 38688266 for a total of $ 900.00.

5. Tomas Junior SANCHEZ-Gonzalez was arrested on June 29, 2018 for narcotics violations under Title 21, United States Code, Sections 841 (a)(1), 846 and weapons violations pursuant to Title 18, United States Code, Section 924 (c). SANCHEZ-Gonzalez was indicted by a Grand Jury sitting in the District of

Puerto Rico for his participation in the DTO in Criminal Case No. 18-413 (ADC) on June 22, 2018, as part of DEA's "Operation La Familia".

6. SANCHEZ-Gonzalez was indicted (Criminal Case No. 18-413 (ADC)) for his role of "Head of the Drug Trafficking Organization" of the the Barriada Figueroa, Santurce, Puerto Rico.

7. DEA Asset Forfeiture Department did a financial background on Tomas Junior SANCHEZ-Gonzalez, and he found that he has not filed tax returns, in the District of Puerto Rico, from years investigated, 2008 to 2017.

This Unsworn Declaration is submitted in support of an Compliant for Forfeiture in Rem, which involves the offenses detailed in Section 881(a)(4) of Title 21, United States Code, particularly all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9) of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that the 2017 Can-Am Maverick X3 DS Turbo, plate number ITE-268 seized is forfeitable as proceeds of violations of Title 21, United States Code, Section under Title

21, United States Code, Section 881(a)(4).

Sworn and signed under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, in San Juan, Puerto Rico, September 27, 2018.

_____
JOSE REBOLLO, Special Agent
Drug Enforcement Administration (DEA)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Maritza González-Rivera, AUSA, 350 Carlos Chardón Ave, Suite 1201, Hato Rey, PR 00918

### DEFENDANTS
ONE 2017 CAN-AM MAVERICK X3 DS TURBO, PLATE NUMBER ITE-268, VIN: 3JBVDAW49HK000550.

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
|  |  | PERSONAL PROPERTY |  | [ ] 490 Cable/Sat TV |
|  | PERSONAL INJURY | [ ] 370 Other Fraud |  | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 362 Personal Injury - Med. Malpractice | [ ] 371 Truth in Lending | [X] 690 Other | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 365 Personal Injury - Product Liability | [ ] 380 Other Personal Property Damage | LABOR | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 890 Other Statutory Actions |
| [ ] 195 Contract Product Liability | [ ] 350 Motor Vehicle |  | [ ] 720 Labor/Mgmt. Relations | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise | [ ] 355 Motor Vehicle Product Liability |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | [ ] 360 Other Personal Injury | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | CIVIL RIGHTS | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 530 General | SOCIAL SECURITY |  |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 862 Black Lung (923) |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405(g)) | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 446 Amer. w/Disabilities - Other | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |  |
|  | [ ] 440 Other Civil Rights |  | [ ] 865 RSI (405(g)) |  |
|  |  |  | FEDERAL TAX SUITS |  |
|  |  |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
|  |  |  | [ ] 871 IRS—Third Party 26 USC 7609 |  |

### V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, U.S.C, Sections 841(a)(1) and 881(a)(4).

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 1/26/2018

SIGNATURE OF ATTORNEY OF RECORD
S/Maritza González-Rivera

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. ONE 2017 CAN-AM MAVERICK X3 DS TURBO, PLATE NUMBER ITE-268, VIN: 3JBVDAW49HK000550.

2. Category in which case belongs. (See Local Rules)

   [X] ORDINARY CIVIL CASE — CIVIL FORFEITURE
   [ ] SOCIAL SECURITY
   [ ] BANK CASE
   [ ] INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   [ ] YES   [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   [ ] YES   [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   [ ] YES   [X] NO

(Please Print)

USDC ATTORNEY'S ID NO. 208801

ATTORNEY'S NAME: MARITZA GONZALEZ RIVERA

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY  PR    ZIP CODE 00918

TELEPHONE NO. 787-766-5656